UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILBURN R. GUILLORY,<br><br>                  Plaintiff,<br><br>      v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,<br><br>                  Defendant. | CASE NO. 13-cv-05357 RJB<br><br>REPORT AND RECOMMENDATION ON STIPULATED MOTION FOR REMAND |

This matter has been referred to Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Magistrates Rule MJR 4(a)(4), and as authorized by *Mathews, Secretary of H.E.W. v. Weber*, 423 U.S. 261 (1976). This matter is before the Court on defendant's stipulated motion to remand the matter to the administration for further consideration. (ECF No. 22.)

After reviewing defendant's stipulated motion and the relevant record, the undersigned recommends that the Court grant defendant's motion, and reverse and remand this matter to the Acting Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).

REPORT AND RECOMMENDATION ON
STIPULATED MOTION FOR REMAND - 1

On remand, based on the parties' stipulation, this Court recommends that a *de novo* hearing be held before an administrative law judge (ALJ), and plaintiff may raise any issue. The ALJ will perform the sequential evaluation process for the period of January 31, 2004 through December 31, 2006 without a presumption of continuing nondisability, pursuant to *Chavez v. Bowen*, 844 F.2d 691 (9th Cir. 1988). The ALJ will obtain services of a medical expert; reassess plaintiff's residual functional capacity; and obtain vocational expert testimony, using the new residual functional capacity assessment.

Following proper presentation, this Court will consider plaintiff's application for costs and attorney's fees pursuant to 28 U.S.C. § 2412(d) and 42 U.S.C. § 406(b).

JUDGMENT should be entered for Plaintiff, and this case should be closed.

Given the facts and the parties' stipulation, the Court recommends that the District Judge immediately approve this Report and Recommendation and order that the case be **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g).

Dated this 13th day of December, 2013.

J. Richard Creatura
United States Magistrate Judge